# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**MONTRELL HILLARD**                                                                                      **PLAINTIFF**

**V.**                        **CASE NO. 3:19-CV-209-BSM-BD**

**BECKY HITTS,** *et al.*                                                                    **DEFENDANTS**

## ORDER

Montrell Hillard, a pre-trial detainee at the Poinsett County Detention Center (Detention Center), filed this civil rights lawsuit on behalf of himself, Chaddrick Clark, and Ronnie Nixon. (Docket entry #2) Each Plaintiff will pursue his claims in a separate lawsuit.

In his complaint, Mr. Hillard generally complains about the conditions at the Detention Center. He has not specifically stated what unconstitutional conditions *he* has been exposed to and what injuries *he* has suffered as a result of those conditions. Mr. Hillard must file an amended complaint setting out his claims. He may not raise claims on behalf of other inmates; rather, he must include only those claims related to his conditions of confinement. Mr. Hillard must specifically state what injuries he has sustained as a result of unconstitutional conditions and name the Defendants who knew of the alleged unconstitutional conditions.

Mr. Hillard has thirty days to file his amended complaint. His failure to comply with this Court's order could result in the dismissal of his claims, without prejudice. Local Rule 5.5.

IT IS SO ORDERED, this 5th day of August, 2019.

                                                        */s/ Beth Deere*
                                        UNITED STATES MAGISTRATE JUDGE