# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**MONTRELL HILLARD**                                                       **PLAINTIFF**

**v.**                 **CASE NO. 3:19-CV-00209 BSM-BD**

**BECKY HITTS,** *et al.*                                                    **DEFENDANTS**

## ORDER

After careful review of the record, United States Magistrate Judge Beth Deere's recommended disposition [Doc. No. 12] is adopted, and Montrell Hillard's complaint [Doc. No. 2] is dismissed without prejudice.

IT IS SO ORDERED this 20th day of December 2019.

_____
UNITED STATES DISTRICT JUDGE