# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**MONTRELL HILLARD**                                                                      **PLAINTIFF**

**v.**                       **CASE NO. 3:19-CV-00209 BSM-BD**

**BECKY HITTS,** *et al.*                                                                **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 20th day of December 2019.

_____
UNITED STATES DISTRICT JUDGE